UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOE SAMULES,

    Plaintiff,

v.

CHC FACILITY,

    Defendant.

Case No. 18-01440 BLF (PR)

**ORDER OF TRANSER**

Plaintiff, who is currently being held at the California Health Care Facility in Stockton, California, filed a pro se civil rights complaint against the prison. Because defendants reside in and the acts complained of occurred in San Joaquin County, which lies within the venue of the Eastern District of California, see 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: April 27, 2018

BETH LABSON FREEMAN
United States District Judge

Order of Transfer
PRO-SE\EJD\CR.18\01440Samuels_transfer (ED)